AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Gerard E. | US District Court - SDNY | 5/12/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - active | ___ Nomination, Date _____  <br> ___ Initial   _X_ Annual   ___ Final <br> 5b. ___ Amended Report | 1/1/2005 - 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street <br> New York, NY 10007 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ **NONE** (No reportable positions.) | |
| Professor of Law | Columbia University |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ **NONE** (No reportable agreements.) | |
| | |
| | |

RECEIVED 2006 MAY 16 A 10: 30 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

☐ **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1/1/05 | Columbia University | $ 24,700 |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1/1/05 | Flushing Hospital (salary) | |
| 1/1/05 | Private practice of psychotherapy (business earnings) | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Lynch, Gerard E. | Date of Report<br>5/12/2006 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Institute for Law and Economic Policy | Apr. 8-10, Lake Las Vegas, NV: taught in CLE program (transportation, room, meals) |
| 2 | Yale University | April 28-29, New Haven, CT: taught class (transportation, room, meals) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Citibank accounts | A | Interest | L | T | | | | | |
| 2 Merrill Lynch Money Market | A | Dividend | K | T | | | | | |
| 3 John Hancock US Global Growth | None | | K | T | | | | | |
| 4 H&R Block Money Market | A | Interest | K | T | | | | | |
| 5 New York NY FSA-CR | A | Interest | K | T | Buy | 4/18 | K | | |
| 6 New York St PWR AT RV | B | Interest | K | T | Buy | 4/18 | K | | |
| 7 Blackrock NY Muni Inc. Tr. | A | Dividend | K | T | | | | | |
| 8 Gabelli Utility Trust PFD | A | Dividend | J | T | | | | | |
| 9 ING Savings Account | A | Interest | J | T | Open | 3/1 | J | | |
| 10 Nicholas Applegate Con. Fd. | A | Dividend | J | T | | | | | |
| 11 ING Clarion Global Equity Fund | A | Dividend | J | T | Buy | 3/28 | J | | |
| 12 PIMCO NY Muni Pnc Fd. | A | Dividend | J | T | | | | | |
| 13 ML Global Allocation B | A | Dividend | J | T | | | | | |
| 14 Triborough BTA Bonds | B | Interest | K | T | | | | | |
| 15 Alliance Bernstein Gr/Inc. Fund A&B | A | Dividend | J | T | | | | | |
| 16 Eaton Vance Enhanced Equity Fd | A | Dividend | J | T | Buy | 1/28 | J | | |
| 17 Eaton Vance Tax Managed Global Fd | A | Dividend | J | T | Buy | 9/27 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Nuveen Municipal Value | A | Dividend | K | T | | | | | |
| 19 Oppenheimer Main St A | A | Dividend | K | T | | | | | |
| 20 PIMCO Floating Rate Strategy FD | A | Dividend | J | T | | | | | |
| 21 Oppenheimer Conv Sec Cl B | B | Dividend | | | Sell | 4/18 | K | Loss | |
| 22 Putnam Health Serv Tr Cl B | None | | J | T | | | | | |
| 23 Putnam Intl Gr Fund Cl B | A | Dividend | K | T | | | | | |
| 24 Seligman Lg Cap Val Cl B | None | | K | T | | | | | |
| 25 Columbia Growth Stock Cl B | None | | J | T | | | | | |
| 26 AIM Tax Free Int Shares | A | Dividend | J | T | | | | | |
| 27 Eaton Vance Floating Rate Inc. Tr. | A | Dividend | J | T | | | | | |
| 28 Rochester Muni Fd Cl A | C | Dividend | L | T | Partial Sell | 4/18 | K | Loss | |
| 29 Templeton Dev. Mkt. Trust A | A | Dividend | J | T | | | | | |
| 30 Yonkers NY Indl Dev. Agency | A | Interest | K | T | | | | | |
| 31 Rydex Ser Tr. Juno Fd. | None | | J | T | | | | | |
| 32 ING Clarion Global Real Estate Fd | A | Dividend | J | T | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 Nuveen Tx Free Unit TRINSD | B | Interest | K | T | | | | | |
| 38 Sun America Strat. Inv. Fd. A | None | | J | T | | | | | |
| 39 TIAA-CREF | None | | N | T | | | | | |
| 40 | | | | | | | | | |
| 41 Pioneer Fd. Cl B | A | Dividend | K | T | | | | | |
| 42 Citibank IRA | A | Interest | J | T | | | | | |
| 43 | | | | | | | | | |
| 44 Alliance Tech Fd Cl B | A | Dividend | | | Sell | 4/18 | J | Loss | |
| 45 Federated Intl Small Co Fd | None | | J | T | | | | | |
| 46 | | | | | | | | | |
| 47 John Hancock Small Cap Fd | None | | J | T | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 NYS Dorm Auth Bonds | A | Interest | K | T | Partial Buy | 11/3 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ____ 5/12/06 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544